Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

| | |
|---|---|
| MOHAN A. HARIHAR | Case No. __TBD__ |
| | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☑ Yes ☐ No |
| -v- | |
| K&L GATES LLP; DAVID E. FIALKOW, ESQ; RICH MAY PC; JEFFREY B. LOEB, ESQ; CASNER & EDWARDS LLP; CHRISTOPHER MAFFUCCI, ESQ | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | MOHAN A. HARIHAR |
   | Street Address | 7124 AVALON DRIVE |
   | City and County | ACTON |
   | State and Zip Code | MA 01720 |
   | Telephone Number | 617.921.2526 |
   | E-mail Address | mo.harihar@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | K&L GATES LLP |
| Job or Title *(if known)* | LAW FIRM |
| Street Address | 1 CONGRESS STREET |
| City and County | BOSTON |
| State and Zip Code | MA 02114 |
| Telephone Number | 617.261.3100 |
| E-mail Address *(if known)* | stacy.ackermann@klgates.com |

Defendant No. 2

| | |
|---|---|
| Name | DAVID E. FIALKOW, ESQ. |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 111 HUNTINGTON AVENUE, 9TH FLOOR |
| City and County | BOSTON |
| State and Zip Code | MA 02199-7613 |
| Telephone Number | 617.443.3709 |
| E-mail Address *(if known)* | david.fialkow@troutman.com |

Defendant No. 3

| | |
|---|---|
| Name | RICH MAY PC |
| Job or Title *(if known)* | LAW FIRM |
| Street Address | 176 FEDERAL STREET |
| City and County | BOSTON |
| State and Zip Code | MA 02110 |
| Telephone Number | 617.556.3800 |
| E-mail Address *(if known)* | tbilodeau@richmaylaw.com |

Defendant No. 4

| | |
|---|---|
| Name | JEFFRFEY B. LOEB, ESQ |
| Job or Title *(if known)* | PRESIDENT |
| Street Address | 176 FEDERAL STREET |
| City and County | BOSTON |
| State and Zip Code | MA 02110 |
| Telephone Number | 617-556-3871 |
| E-mail Address *(if known)* | JLoeb@richmaylaw.com |

Defendant No. 5

| | |
|---|---|
| Name | CASNER & EDWARDS LLP |
| Job or Title *(if known)* | LAW FIRM |
| Street Address | 303 CONGRESS STREET |
| City and County | BOSTON |
| State and Zip Code | MA 02210 |
| Telephone Number | 617.426.5900 |
| E-mail Address *(if known)* | masuret@casneredwards.com |

Defendant No. 6

| | |
|---|---|
| Name | CHRISTOPHER MAFFUCCI, ESQ. |
| Job or Title *(if known)* | ATTORNEY |
| Street Address | 303 CONGRESS STREET |
| City and County | BOSTON |
| State and Zip Code | MA 02210 |
| Telephone Number | 617.426.5900 |
| E-mail Address *(if known)* | maffucci@casneredwards.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(1) 18 U.S. Code § 4 - Misprision of felony; (2) 18 U.S. Code § 2382 - Misprision of treason; (3) 18 U.S. Code § 1964 - RICO, Civil remedies; (4) 18 U.S. Code § 371 - Conspiracy to commit offense or to defraud United States; (5) 18 U.S. Code § 1831 - Economic espionage; (6) 28 U.S. Code § 4101 - Defamation. Any assumed Litigation Privilege is considered entirely waived, based on a history of documented "Fraud on the Court" violations, as defined under Fed. R. Civ. P. 60(b)(3).

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ , and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

This Civil complaint addresses accruing damages caused by a 14-year history of attorney misrepresentations, false/defamatory statements and a false narrative intended to purposefully mislead both Federal and Massachusetts State Courts. Primary legal issues stem from the illegal foreclosure of the Plaintiff's residential property - as identified by Federal/State Prosecutors and Federal Bank Regulators, including breaches in government settlement agreements allowing the Plaintiff to seek additional damages. Additional legal issues involve the Plaintiff's Intellectual Property, which was created specifically for the Economic benefit of The United States and American Homeowners impacted by RMB Securities Fraud violations. The legal issues have been compounded by a history of Judicial recusals/disqualifications and clerk tampering violations, which are being addressed separately with the Justice Department.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The Plaintiff seeks monetary damages for more than a decade of slanderous and defamatory statements the Defendants have made against him, including punitive damages for incurred pain and suffering since litigation began in 2011. Additional damages are sought for the Plaintiff's time (Estimated between $1000/hr, 40+ hours/wk over 14 years), which is believed to be the same hourly rate the Defendants charged their Bank (and other) clients in the related litigation. Plaintiff damages are expected to exceed $29M, before factoring in punitive/exemplary damages. The Plaintiff reserves the right to amend this complaint once filed with the Court and with the assistance of retained legal counsel, once secured.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/28/2025

Signature of Plaintiff *(signed)*
Printed Name of Plaintiff   MOHAN A. HARIHAR

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address