UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOHAN HARIHAR, | ) |
| Plaintiff, | ) |
| v. | ) |
| K&L GATES, LLP; DAVID E. FIALKOW, ESQ.; RICH MAY PC; JEFFREY B, LOEB, ESQ.; CASNER & EDWARDS, LLP; CHRISTOPHER MAFFUCCI, ESQ. | ) DOCKET NO. 25-CV-12831 |
| Defendants. | ) |

## MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Mohan Harihar, *pro se*, respectfully requests that, pursuant to 28 U.S.C. § 1915(e) and 42 U.S.C. § 3613(b)(2), this Court appoint counsel to represent him in this action. In support of this Motion, Plaintiff states the following:

1. Mr. Harihar is indigent and unable to afford a private attorney. Despite his good-faith efforts, Mr. Harihar has also been unable to secure representation in this matter.

2. The issues involved in this case are factually and legally complex. The factual background of this case spans over fifteen years and multiple lawsuits, and the legal issues involve wide-ranging violations of the Plaintiff's constitutional and civil rights.

3. Mr. Harihar has plausibly and sufficiently pleaded facts to establish a facially meritorious claim.

4. Without the assistance of counsel, Mr. Harihar will be unable to effectively pursue his claims or obtain a fair opportunity to seek justice.

WHEREFORE, Plaintiff respectfully requests that this Court appoint counsel for him in this matter. The Plaintiff is grateful for the Court's consideration.

### Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Motion: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Motion otherwise complies with the requirements of Rule 11.

Respectfully submitted this **22nd day of October, 2025.**

*/s/ Mohan A. Harihar*

**Mohan A. Harihar**
Plaintiff – Pro Se
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com