**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MOHAN HARIHAR,<br><br>    Plaintiff,<br><br>v.<br><br>K&L GATES, LLP; DAVID E.<br>FIALKOW, ESQ.; RICH MAY PC;<br>JEFFREY B, LOEB, ESQ.; CASNER &<br>EDWARDS, LLP; CHRISTOPHER<br>MAFFUCCI, ESQ.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DOCKET NO. 25-CV-12831<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBMISSION OF CORRESPONDENCE TO CHIEF JUDGE DENISE J.
CASPER REGARDING CASES: (1) HARIHAR v. U.S. BANK et al., No. 1:15-cv-11880;
(2) HARIHAR v. K&L GATES LLP et al, No. 1:25-cv-12831**

Please take notice that on today's date – 05/09/2026, the plaintiff transmitted a letter to **Chief**

**Judge Denise J. Casper** requesting administrative intervention regarding:

- The Clerk's Office's failure to docket filings submitted on April 28, 2026

- The impact of these irregularities on the related matter *Harihar v. K&L Gates LLP*

- The existence of two recusals in *Harihar v. U.S. Bank et al.* and post-recusal orders

  issued without jurisdiction

- The plaintiff's repeated good-faith ADR/mediation offers to all defendant parties, which

  have received no response

A true and correct copy of the letter transmitted to Chief Judge Casper is attached to this Notice

for inclusion in the court record.[1]

---

[1] See Attachment A

Respectfully submitted this **09th day of May, 2026**


*/s/ Mohan A. Harihar*
Mohan A. Harihar
Petitioner
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

---

### **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,

information, and belief that this Notice: (1) is not being presented for an improper purpose, such

as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported

by existing law or by a non-frivolous argument for extending, modifying, or reversing existing

law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely

have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the Motion otherwise complies with the requirements of Rule 11.

# Attachment A

 Gmail

**Mohan Harihar <moharihar@gmail.com>**

## PLEASE FORWARD TO CHIEF JUDGE - DENISE J. CASPER

**Mohan Harihar** <moharihar@gmail.com>                    Sat, May 9, 2026 at 12:35 PM
To: savannah_cook@mad.uscourts.gov, lisa_hourihan@mad.uscourts.gov,
erika_gutierrez@mad.uscourts.gov
Cc: "todd.blanche@usdoj.com" <todd.blanche@usdoj.com>, "harmeet.dhillon@usdoj.gov"
<harmeet.dhillon@usdoj.gov>, "andrew.bailey@usdoj.com" <andrew.bailey@usdoj.com>,
"leah.foley@usdoj.gov" <leah.foley@usdoj.gov>, AO_OJI@ao.uscourts.gov, Susan Goldberg
<susan_goldberg@ca1.uscourts.gov>, "Sean R." <sean.higgins@klgates.com>, "Jeffrey B. Loeb"
<JLoeb@richmaylaw.com>, Christopher <maffucci@casneredwards.com>, david.fialkow@troutman.com

**Re: Request for Administrative Intervention – Docketing Failures and Impact on
Related Case (Harihar v. K&L Gates LLP)**
**Cases: (1) Harihar v. U.S. Bank et al., No. 1:15-cv-11880; (2) Harihar v. K&L Gates
LLP, No. 1:25-cv-12831**

Dear Chief Judge Casper,

I respectfully request your administrative intervention regarding serious procedural
irregularities in *Harihar v. U.S. Bank et al.*, No. 1:15-cv-11880, which directly affect the
related matter *Harihar v. K&L Gates LLP*, No. 1:25-cv-12831, over which you currently
preside.

On **April 28, 2026**, I submitted multiple filings to the Clerk's Office by email to Deputy
Clerk Peelu Kumar and via USPS Priority Mail. As of today, none of these filings have been
docketed. This continues a pattern of returned filings, loss of ECF access, and reliance on
post-recusal orders issued after Judge Allison D. Burroughs' second recusal on April 9, 2026.

Because *Harihar v. K&L Gates LLP* is factually and procedurally intertwined with *Harihar v.
U.S. Bank et al.*, the failure to docket filings in the latter case directly impacts the integrity,
accuracy, and procedural posture of the former. The unresolved jurisdictional issues,
post-recusal orders, and docket irregularities in *U.S. Bank* create uncertainty that materially
affects the related K&L Gates matter now before you.

I also note that **despite my repeated good-faith efforts to initiate ADR and mediation
discussions with all defendant parties in both cases—efforts made in the interest of
judicial economy and without any obligation to do so—no defendant has responded**. This
lack of engagement further underscores the need for administrative oversight to ensure that
these matters proceed in a fair and orderly manner.

Given the above, I respectfully request:

1. Administrative review of the Clerk's Office handling of filings submitted on April 28, 2026

2. Direction to docket all pending filings in *Harihar v. U.S. Bank et al.*

3. Confirmation that no post-recusal orders are being treated as controlling authority

4. Assurance that the related case *Harihar v. K&L Gates LLP* will not be adversely affected by unresolved procedural defects in the earlier matter

Thank you for your attention to these issues of institutional importance.

Respectfully,

*/s/ Mohan A. Harihar*
**Mohan A. Harihar**
Plaintiff
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

cc

US Department of Justice

Federal Bureau of Investigation

US Attorney's Office (D.Mass)

Administrative Office of US Courts

Office of the First Circuit Executive

Named Defendant Parties