**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MOHAN HARIHAR,<br><br>    Plaintiff,<br><br>v.<br><br>K&L GATES, LLP; DAVID E.<br>FIALKOW, ESQ.; RICH MAY PC;<br>JEFFREY B, LOEB, ESQ.; CASNER &<br>EDWARDS, LLP; CHRISTOPHER<br>MAFFUCCI, ESQ.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   DOCKET NO. 25-CV-12831<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOID ORDERS UNDER FED. R. CIV. P. 60(b)(4)

Plaintiff Mohan A. Harihar respectfully submits this Notice pursuant to **Fed. R. Civ. P. 60(b)(4)** to preserve the record regarding the continued enforcement of orders that are **void** due to judicial disqualification under **28 U.S.C. § 455**.

---

### I. Orders Issued by a Recused Judge Are Void

Under controlling Supreme Court and First Circuit authority, any order issued by a judge **after the point of mandatory disqualification** is **void ab initio** and must be vacated. See *Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847 (1988); *United States v. Berberena*, 694 F.3d 514 (1st Cir. 2012).

---

### II. Two Sua Sponte Recusal Orders Remain Unaddressed

Judge Allison D. Burroughs issued two separate **sua sponte recusal orders**:

1. **June 19, 2017** (in *Harihar v. United States*, 17-cv-11109)

2. **April 9, 2026** (in *Harihar v. Massachusetts Association of REALTORS®*, 1:26-cv-11666-IT)

Both recusal orders directly implicate the related matter *Harihar v. U.S. Bank et al.*, 15-cv-11880, and all derivative proceedings, including this action.

To date, the Court has not clarified the effect of these recusal orders on:

- Prior rulings

- Clerk's Office enforcement actions

- Returned filings

- The procedural posture of this case

---

### III. Clerk's Office Enforcement of Void Orders

Plaintiff has repeatedly received correspondence from the Clerk's Office:

- Refusing to docket filings

- Returning documents unfiled

- Citing orders issued by a judge who had already recused

Such enforcement actions are **ultra vires** and inconsistent with Rule 60(b)(4).

---

### IV. Preservation of Rights

Plaintiff files this Notice to:

- Preserve all rights under **Rule 60(b)(4)**

- Ensure the record reflects the existence of void orders

- Request that the Court clarify the enforceability of any order issued after judicial disqualification

Respectfully submitted this **14th day of May, 2026**


*/s/ Mohan A. Harihar*
Mohan A. Harihar
Plaintiff
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

---

### **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Notice: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Motion otherwise complies with the requirements of Rule 11.