**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MOHAN HARIHAR, <br><br>    Plaintiff, <br><br> v. <br><br> K&L GATES, LLP; DAVID E. FIALKOW, ESQ.; RICH MAY PC; JEFFREY B, LOEB, ESQ.; CASNER & EDWARDS, LLP; CHRISTOPHER MAFFUCCI, ESQ. <br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    DOCKET NO. 25-CV-12831 |

## NOTICE OF SUPPLEMENTAL INFORMATION REGARDING GOVERNMENTAL REFERRALS AND NOTIFICATIONS

Plaintiff respectfully submits this Notice for the limited purpose of preserving the record. This filing does not seek any form of judicial action or relief.

---

### 1. Purpose of This Notice

1.1   This Notice is submitted solely to document recent governmental referrals and notifications related to matters raised in this litigation.

1.2   This filing is informational in nature and is intended only to ensure that the docket accurately reflects relevant procedural developments external to the Court.

---

### 2. Referral from the Office of the Governor of Massachusetts

2.1   On 05/22/2026, Plaintiff received written confirmation from the Office of Massachusetts Governor Maura Healey indicating that the issues raised were formally referred to the United States Department of Justice, Civil Rights Division.

2.2   This referral was transmitted independently of any action taken in this case and is documented here for completeness of the record.

### 3. Notification to Federal Legislative Offices

3.1    On 05/22/2026, Plaintiff provided notice of the above referral and related concerns to the Office of United States Senator Elizabeth Warren.

3.2    On 05/22/2026, Plaintiff provided the same notification to the Office of United States Congresswoman Lori Trahan.

3.3    These notifications were made to ensure that appropriate federal oversight bodies were informed of the issues raised in Plaintiff's filings.

### 4. Update Provided to the White House

4.1    On 05/23/2026, Plaintiff transmitted an informational update to the White House regarding the same matters described above.

4.2    This communication was made for transparency and public-interest purposes and is noted here solely to maintain an accurate procedural record.

### 5. No Action Requested

5.1    Plaintiff does not request any ruling, order, or other action from the Court in connection with this Notice.

5.2    This filing is submitted exclusively to ensure that the docket reflects the fact of these governmental referrals and notifications.

Respectfully submitted this **24th day of May, 2026**

*/s/ Mohan A. Harihar*
Mohan A. Harihar
Plaintiff
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com

## Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this Notice: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the Motion otherwise complies with the requirements of Rule 11.