**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| MOHAN HARIHAR,<br><br>    Plaintiff,<br><br>v.<br><br>K&L GATES, LLP; DAVID E.<br>FIALKOW, ESQ.; RICH MAY PC;<br>JEFFREY B, LOEB, ESQ.; CASNER &<br>EDWARDS, LLP; CHRISTOPHER<br>MAFFUCCI, ESQ.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  DOCKET NO. 25-CV-12831<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE REGARDING
ADMINISTRATIVE IRREGULARITIES**

Plaintiff respectfully moves for an Order to Show Cause ("OSC") requiring clarification of the

administrative irregularities preventing this case from advancing.

**INTRODUCTION**

1. Since filing the Second Amended Complaint on June 2, 2026, the docket reflects **no

   movement**.

2. Summonses have not been issued.

3. Plaintiff has filed multiple notices documenting docketing defects, enforcement of void

   orders, unresolved recusal-related issues, and Clerk's Office irregularities.

4. These issues have materially impaired Plaintiff's ability to prosecute this matter.

**PROCEDURAL POSTURE**

5. Plaintiff complied with all Court-ordered deadlines.

6. The Clerk's failure to issue summonses has halted the case entirely.

7. Plaintiff has repeatedly notified the Court of administrative defects.

**ARGUMENT**

9. Federal courts possess inherent authority to issue Orders to Show Cause to address administrative irregularities affecting the integrity of proceedings.

10. An OSC is warranted because the case has been dormant for nearly a year, summonses have not been issued, docketing defects remain unresolved, and recusal-related issues remain unaddressed.

11. An OSC will clarify:

• why summonses have not been issued;

• whether recusal-related matters remain outstanding;

• whether void orders were improperly enforced;

• whether docketing defects require correction;

• what steps are necessary to restore proper case management.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Issue an Order to Show Cause directing the Clerk of Court to explain the administrative irregularities affecting this docket;

B. Identify corrective actions necessary to restore proper case management;

C. Grant such other relief as the Court deems just and proper.

Respectfully submitted this **03rd day of July, 2026**


*/s/ Mohan A. Harihar*
Mohan A. Harihar
Plaintiff
7124 Avalon Drive
Acton, MA 01720
617.921.2526 (Mobile)
Mo.harihar@gmail.com


## **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge,

information, and belief that this Motion: (1) is not being presented for an improper purpose, such

as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported

by existing law or by a non-frivolous argument for extending, modifying, or reversing existing

law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely

have evidentiary support after a reasonable opportunity for further investigation or discovery; and

(4) the Notice otherwise complies with the requirements of Rule 11.


*/s/ Mohan A. Harihar*
Mohan A. Harihar


July 3, 2026